IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS R. CLOSE,                     )
       Petitioner,                  )
                                    )
       vs.                          )          Civil Action No. 07-222
                                    )
GERALD L. ROZUM, et al,              )
       Respondents.                 )

## O R D E R

AND NOW, this 19 day of June, 2007, after the petitioner, Thomas R. Close,

filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by

the United States Magistrate Judge granting the parties thirteen days after being served with a

copy to file written objections thereto, and no objections having been filed, and upon

independent review of the petition and the record and upon consideration of the Magistrate

Judge's Report and Recommendation (Docket No. 15), which is adopted as the opinion of this

Court,

       IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner

(Docket No. 1) is dismissed and a certificate of appealability is denied for lack of a viable

constitutional right.

       IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

Gary L. Lancaster
United States District Judge